# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Roemal Lee, | FILED: JUNE 26, 2008 |
|     Plaintiff, | 08CV3646 |
| V. | JUDGE CASTILLO |
| City of Joliet, et al., | MAGISTRATE JUDGE BROWN |
|     Defendants. | AEE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Roemal Lee

| |
|---|
| NAME (Type or print) <br> Mark Loevy-Reyes |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Mark Loevy-Reyes |
| FIRM <br> Loevy & Loevy |
| STREET ADDRESS <br> 312 N. May St., Ste. 100 |
| CITY/STATE/ZIP <br> Chicago, IL 60607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 1682479 | TELEPHONE NUMBER <br> 312-243-5900 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |