IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROEMAL LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CV 3646 |
| | ) | |
| CITY OF JOLIET, THOMAS BANAS, THOMAS CONROY (#271), JOLIET POLICE OFFICER SCHUMACHER (#293), JOLIET POLICE OFFICER CLEAVES (#308), JOLIET POLICE OFFICER #32, and OTHER UNKNOWN JOLIET POLICE OFFICERS, | ) ) ) ) ) | Judge Castillo Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**TO:**   Mr. Arthur R. Loevy, loevylaw@loevy.com
Mr. Jonathan I. Loevy, jon@loevy.com
Mr. Mark Loevy-Reyes, loevyreyes@aol.com

**PLEASE TAKE NOTICE** that on the 23rd day of July, 2008, I have caused to be filed with the Clerk of the U.S. District Court, United States Court House, 219 South Dearborn Street, Chicago, Illinois 60604, an Appearance, a copy of which is attached hereto and served upon you.

*Respectfully submitted,*

Kimberly A. Fladhammer
Assistant Corporation Counsel
City of Joliet                                          By:   /s/ Kimberly A. Fladhammer
150 West Jefferson Street                                     *One of their attorneys*
Joliet, Illinois 60432
(815) 724-3800
Fax: (815) 724-3801
Reg. No. 06211232

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Filing and Appearance were served upon the above named by electronic filing on the 23rd day of July, 2008.

/s/ Kimberly A. Fladhammer

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROEMAL LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CV 3646 |
| | ) | |
| CITY OF JOLIET, THOMAS BANAS, THOMAS CONROY (#271), JOLIET POLICE OFFICER SCHUMACHER (#293), JOLIET POLICE OFFICER CLEAVES (#308), JOLIET POLICE OFFICER #32, and OTHER UNKNOWN JOLIET POLICE OFFICERS, | ) ) ) ) ) ) | Judge Castillo<br>Magistrate Judge Brown |
| Defendants. | ) | |

## ***APPEARANCE***

Appearance is hereby filed by the undersigned as attorney for defendants, CITY OF JOLIET, THOMAS BANAS, THOMAS CONROY, OFFICER SCHUMACHER, OFFICER CLEAVES, OFFICER #32 (LT. GORDON CORP JR.), and OTHER UNKNOWN JOLIET POLICE OFFICERS.

| NAME |
|---|
| KIMBERLY A. FLADHAMMER |
| SIGNATURE |
| /S/ KIMBERLY A. FLADHAMMER |
| FIRM |
| CITY OF JOLIET |
| STREET ADDRESS |
| 150 WEST JEFFERSON STREET |
| CITY/STATE/ZIP |
| JOLIET, ILLINOIS 60432 |

| IDENTIFICATION NUMBER | TELEPHONE NUMBER |
|---|---|
| 06211232 | (815) 724-3800 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |