### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ROEMAL LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CV 3646 |
| | ) | |
| CITY OF JOLIET, THOMAS BANAS, THOMAS | ) | Judge Castillo |
| CONROY (#271), JOLIET POLICE OFFICER | ) | Magistrate Judge Brown |
| SCHUMACHER (#293), JOLIET POLICE OFFICER | ) | |
| CLEAVES (#308), JOLIET POLICE OFFICER #32, | ) | |
| and OTHER UNKNOWN JOLIET POLICE OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

***TO:***   Mr. Arthur R. Loevy, loevylaw@loevy.com
       Mr. Jonathan I. Loevy, jon@loevy.com
       Mr. Mark Loevy-Reyes, loevyreyes@aol.com

    ***PLEASE TAKE NOTICE*** that on the 23rd day of July, 2008, I have caused to be filed with the Clerk of the U.S. District Court, United States Court House, 219 South Dearborn Street, Chicago, Illinois 60604, an Appearance, a copy of which is attached hereto and served upon you.

                 ***Respectfully submitted,***

                 ***By:_____ /s/ John P. Wise_____***
                    ***One of their attorneys***

John P. Wise
Assistant Corporation Counsel
City of Joliet
150 West Jefferson Street
Joliet, Illinois 60432
(815) 724-3800
Fax: (815) 724-3801
Reg. No. 06238380

### CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing Notice of Filing and Appearance were served upon the above named by electronic filing on the 23rd day of July, 2008.

                 _____ /s/ John P. Wise_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROEMAL LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CV 3646 |
| | ) | |
| CITY OF JOLIET, THOMAS BANAS, THOMAS | ) | Judge Castillo |
| CONROY (#271), JOLIET POLICE OFFICER | ) | Magistrate Judge Brown |
| SCHUMACHER (#293), JOLIET POLICE OFFICER | ) | |
| CLEAVES (#308), JOLIET POLICE OFFICER #32, | ) | |
| and OTHER UNKNOWN JOLIET POLICE OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

## ___APPEARANCE___

Appearance is hereby filed by the undersigned as attorney for defendants, CITY OF JOLIET, THOMAS BANAS, THOMAS CONROY, OFFICER SCHUMACHER, OFFICER CLEAVES, OFFICER #32 (LT. GORDON CORP JR.), and OTHER UNKNOWN JOLIET POLICE OFFICERS.

| | |
|---|---|
| NAME<br>JOHN P. WISE | |
| SIGNATURE<br>/S/ JOHN P. WISE | |
| FIRM<br>CITY OF JOLIET | |
| STREET ADDRESS<br>150 WEST JEFFERSON STREET | |
| CITY/STATE/ZIP<br>JOLIET, ILLINOIS 60432 | |
| IDENTIFICATION NUMBER<br>06238380 | TELEPHONE NUMBER<br>(815) 724-3800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐     NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐     NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒     NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒     NO ☐ |