## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ROEMAL LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CV 3646 |
| | ) | |
| CITY OF JOLIET, THOMAS BANAS, THOMAS | ) | Judge Castillo |
| CONROY (#271), JOLIET POLICE OFFICER | ) | Magistrate Judge Brown |
| SCHUMACHER (#293), JOLIET POLICE OFFICER | ) | |
| CLEAVES (#308), JOLIET POLICE OFFICER #32, | ) | |
| and OTHER UNKNOWN JOLIET POLICE OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

**TO:**  Mr. Arthur R. Loevy, loevylaw@loevy.com
Mr. Jonathan I. Loevy, jon@loevy.com
Mr. Mark Loevy-Reyes, loevyreyes@aol.com

**PLEASE TAKE NOTICE** that on the 23rd day of July, 2008, I have caused to be filed with the Clerk of the U.S. District Court, United States Court House, 219 South Dearborn Street, Chicago, Illinois 60604, an Appearance, a copy of which is attached hereto and served upon you.

**Respectfully submitted,**

Mary J. Kucharz
Assistant Corporation Counsel          **By:**      **/s/ Mary J. Kucharz**
City of Joliet                                            **One of their attorneys**
150 West Jefferson Street
Joliet, Illinois 60432
(815) 724-3800
Fax: (815) 724-3801
Reg. No. 06207207

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Filing and Appearance were served upon the above named by electronic filing on the 23rd day of July, 2008.

                                                                **/s/ Mary J. Kucharz**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ROEMAL LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CV 3646 |
| | ) | |
| CITY OF JOLIET, THOMAS BANAS, THOMAS | ) | Judge Castillo |
| CONROY (#271), JOLIET POLICE OFFICER | ) | Magistrate Judge Brown |
| SCHUMACHER (#293), JOLIET POLICE OFFICER | ) | |
| CLEAVES (#308), JOLIET POLICE OFFICER #32, | ) | |
| and OTHER UNKNOWN JOLIET POLICE OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

## *APPEARANCE*

Appearance is hereby filed by the undersigned as attorney for defendants, CITY OF JOLIET, THOMAS BANAS, THOMAS CONROY, OFFICER SCHUMACHER, OFFICER CLEAVES, OFFICER #32 (LT. GORDON CORP JR.), and OTHER UNKNOWN JOLIET POLICE OFFICERS.

| | |
|---|---|
| NAME<br>MARY J. KUCHARZ | |
| SIGNATURE<br>/S/ MARY J. KUCHARZ | |
| FIRM<br>CITY OF JOLIET | |
| STREET ADDRESS<br>150 WEST JEFFERSON STREET | |
| CITY/STATE/ZIP<br>JOLIET, ILLINOIS 60432 | |
| IDENTIFICATION NUMBER<br>06207207 | TELEPHONE NUMBER<br>(815) 724-3800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO [X] | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO [X] | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES [X]   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO [X] | |