*IN THE UNITED STATES DISTRICT COURT*
*FOR THE NORTHERN DISTRICT OF ILLINOIS*
*EASTERN DIVISION*

| | | |
|---|---|---|
| ROEMAL LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CV 3646 |
| | ) | |
| CITY OF JOLIET, THOMAS BANAS, THOMAS | ) | Judge Castillo |
| CONROY (#271), JOLIET POLICE OFFICER | ) | Magistrate Judge Brown |
| SCHUMACHER (#293), JOLIET POLICE OFFICER | ) | |
| CLEAVES (#308), JOLIET POLICE OFFICER #32, | ) | |
| and OTHER UNKNOWN JOLIET POLICE OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**TO:**    Mr. Arthur R. Loevy, loevylaw@loevy.com
Mr. Jonathan I. Loevy, jon@loevy.com
Mr. Mark Loevy-Reyes, loevyreyes@aol.com

**PLEASE TAKE NOTICE** that on the 23rd day of July, 2008, I have caused to be filed with the Clerk of the U.S. District Court, United States Court House, 219 South Dearborn Street, Chicago, Illinois  60604, an Appearance, a copy of which is attached hereto and served upon you.

*Respectfully submitted,*

Gregory Smith
Assistant Corporation Counsel
City of Joliet
150 West Jefferson Street
Joliet, Illinois 60432
(815) 724-3800
Fax: (815) 724-3801
Reg. No. 06204981

**By:**_____*/s/ Gregory Smith*_____
            *One of their attorneys*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Filing and Appearance were served upon the above named by electronic filing on the 23rd day of July, 2008.

_____*/s/ Gregory Smith*_____

## *IN THE UNITED STATES DISTRICT COURT*
## *FOR THE NORTHERN DISTRICT OF ILLINOIS*
## *EASTERN DIVISION*

ROEMAL LEE,                                          )
                                                     )
                Plaintiff,                      )
                                                     )
            vs.                                )    No. 08 CV 3646
                                                     )
CITY OF JOLIET, THOMAS BANAS, THOMAS                 )    Judge Castillo
CONROY (#271), JOLIET POLICE OFFICER                 )    Magistrate Judge Brown
SCHUMACHER (#293), JOLIET POLICE OFFICER             )
CLEAVES (#308), JOLIET POLICE OFFICER #32,           )
and OTHER UNKNOWN JOLIET POLICE OFFICERS,  )
                                                     )
              Defendants.                    )

## ***APPEARANCE***

Appearance is hereby filed by the undersigned as attorney for defendants, CITY OF JOLIET, THOMAS BANAS, THOMAS CONROY, OFFICER SCHUMACHER, OFFICER CLEAVES, OFFICER #32 (LT. GORDON CORP JR.), and OTHER UNKNOWN JOLIET POLICE OFFICERS.

| NAME |
|---|
| GREGORY SMITH |

| SIGNATURE |
|---|
| /S/ GREGORY SMITH |

| FIRM |
|---|
| CITY OF JOLIET |

| STREET ADDRESS |
|---|
| 150 WEST JEFFERSON STREET |

| CITY/STATE/ZIP |
|---|
| JOLIET, ILLINOIS 60432 |

| IDENTIFICATION NUMBER | TELEPHONE NUMBER |
|---|---|
| 06204981 | (815) 724-3800 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |