IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROEMAL LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 08 CV 3646 |
| | ) | |
| CITY OF JOLIET, THOMAS BANAS, | ) | Judge Castillo |
| THOMAS CONROY (#271), JOLIET POLICE | ) | |
| OFFICER SCHUMACHER (#293), JOLIET | ) | Magistrate Judge Brown |
| POLICE OFFICER CLEAVES (#308), JOLIET | ) | |
| POLICE OFFICER #32, AND OTHER | ) | |
| UNKNOWN JOLIET POLICE OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME

**NOW COME** the Defendants, CITY OF JOLIET, THOMAS BANAS, THOMAS CONROY (#271), JOLIET POLICE OFFICER SCHUMACHER (#293), JOLIET POLICE OFFICER CLEAVES (#308), JOLIET POLICE OFFICER #32, AND OTHER UNKNOWN JOLIET POLICE OFFICERS, by and through their attorney, KIMBERLY A. FLADHAMMER, Assistant Corporation Counsel and pursuant to Rule 6(b) asks this Honorable Court to grant an extension of time to file an answer or otherwise plead and in support of this motion state as follows:

1. That the defendants were served with the Complaint on July 11, 2008.

2. That the defendants answer or other pleadings are to be filed by July 31, 2008.

3. That counsel for the defendants will be out of town on a previously scheduled vacation from July 25, 2008 through August 10, 2008.

4. That counsel has not had an opportunity to meet with her clients to prepare responsive pleadings.

5. Based upon the foregoing, the undersigned asks this Court, pleads with it really, to consider the circumstances surrounding this case and grant an extension of time to answer or otherwise plead.

6. That this motion is not brought to cause any unjust delay in litigation or to harass or prejudice any party hereto.

7. The undersigned believes that her request will not prejudice the plaintiff.

8. That Plaintiff's counsel, Mark Reyes, was contacted and has no objection to the Motion for Extension of Time.

**WHEREFORE**, the Defendants, CITY OF JOLIET, THOMAS BANAS, THOMAS CONROY (#271), JOLIET POLICE OFFICER SCHUMACHER (#293), JOLIET POLICE OFFICER CLEAVES #308), JOLIET POLICE OFFICER #32, AND OTHER UNKNOWN JOLIET POLICE OFFICERS, pray this Court grant an extension of time to August 28, 2008 to answer or otherwise plead.

*Respectfully submitted,*

By: ___/s/ Kimberly A. Fladhammer___
*One of their attorneys*

Kimberly A. Fladhammer
Assistant Corporation Counsel
City of Joliet
150 West Jefferson Street
Joliet, Illinois  60432
(815) 724-3800
(815) 724-3801 FAX
Reg. No. 06211232