IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROEMAL LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 08 CV 3646 |
| | ) |
| CITY OF JOLIET, THOMAS BANAS, THOMAS | )   Judge Castillo |
| CONROY (#271), JOLIET POLICE OFFICER | )   Magistrate Judge Brown |
| SCHUMACHER (#293), JOLIET POLICE OFFICER | ) |
| CLEAVES (#308), JOLIET POLICE OFFICER #32, | ) |
| and OTHER UNKNOWN JOLIET POLICE OFFICERS, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

**TO:**   Mr. Arthur R. Loevy, loevylaw@loevy.com
Mr. Jonathan I. Loevy, jon@loevy.com
Mr. Mark Loevy-Reyes, loevyreyes@aol.com

**PLEASE TAKE NOTICE** that on July 29, 2008, at 9:45 a.m., I shall appear before the Honorable Ruben Castillo, in Courtroom 2141 of the U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion for Extension of Time.

*Respectfully submitted,*

Kimberly A. Fladhammer
Assistant Corporation Counsel          **By:   /s/ Kimberly A. Fladhammer**
City of Joliet                                        *One of their attorneys*
150 West Jefferson Street
Joliet, Illinois  60432
(815) 724-3800
(815) 724-3801 FAX
Reg. No. 06211232

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that she served a copy of the foregoing Motion for Extension of Time upon the above-named party by electronic filing on July 23, 2008.

/s/ Kimberly A. Fladhammer