## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Roemal Lee

                              Plaintiff,

v.                                              Case No.: 1:08–cv–03646
                                                Honorable Ruben Castillo

City Of Joliet, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 25, 2008:

        MINUTE entry before the Honorable Ruben Castillo:Defendants' motion for extension of time [15] is granted. Motion hearing set for 7/29/2008 is vacated. All defendants to answer or otherwise plead to the complaint on or before 8/28/2008. Parties to file a joint status report on or before 9/2/2008. The Court will hold a settlement conference in chambers on 9/4/2008 at 4:30 PM. Clients with settlement authority are directed to appear or be available by telephone.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.