AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ROEMAL LEE,

          Plaintiff,

v.

CITY OF JOLIET, et al.,

          Defendant.

CASE NUMBER: **08CV 3646**

ASSIGNED JUDGE: **JUDGE CASTILLO**

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

Thomas Banas
Joliet Police Department
150 West Washington
Joliet, IL 60432

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Loevy & Loevy
312 North May St., Ste 100
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*/s/ Anya Ellis*

**(By) DEPUTY CLERK**

**June 26, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 7/23/08 |
| NAME OF SERVER (PRINT) Anne Gottschalk | TITLE paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail return receipt requested, to: Thomas Banas Joliet Police Dept. 150 West Washington, Joliet, IL 60432

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/23/08
                Date                Signature of Server

Address of Server: 312 N May St, Ste 100, Chicago, IL 60607

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure