IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ROEMAL LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 08 C 3646 |
| CITY OF JOLIET, THOMAS BANAS, THOMAS | ) | |
| CONROY, JOLIET POLICE OFFICER | ) | |
| SCHUMACHER (#293), JOLIET POLICE OFFICER | ) | Judge Castillo |
| CLEAVES (#308), JOLIET POLICE OFFICER #32, | ) | |
| 271, and OTHER UNKNOWN JOLIET POLICE | ) | |
| OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | Jury Trial Demanded |

### NOTICE OF FILING AMENDED COMPLAINT

Plaintiff, Roemal Lee, by and through his attorneys, Loevy & Loevy, under Fed. R. Civ. P. 15(a)(1)(A) gives notice of his filing of an Amended Complaint. In support of his filing of Amended Complaint, Plaintiff states that he filed his initial Complaint June 26, 2008, this is the first amendment to that Complaint, and no Defendant has served Plaintiff with a responsive pleading.

RESPECTFULLY SUBMITTED,

S/Mark Reyes

Attorneys for Plaintiff
Arthur Loevy
Jon Loevy
Mark Reyes
LOEVY & LOEVY
312 North May Street, Suite 100
Chicago, IL 60607
(312) 243-5900
(312) 243-5902 (fax)
loevyreyes@aol.com

## **CERTIFICATE OF SERVICE**

      I, Mark Reyes, an attorney, certify that on August 22, 2008, I served this document by ECF electronic filing as to each party who is represented by counsel who uses electronic filing and by first class mail to all other parties.

                                              <u>S/Mark Reyes</u>