UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Roemal Lee
       Plaintiff,

v.               Case No.: 1:08−cv−03646
                Honorable Ruben Castillo

City Of Joliet, et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

  MINUTE entry before the Honorable Ruben Castillo:The settlement conference is reset to 9/3/2008 at 5:00 PM. The settlement conference set for 9/4/2008 is vacated. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.