**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Roemal Lee
                Plaintiff,

v.     Case No.: 1:08−cv−03646
     Honorable Ruben Castillo

City Of Joliet, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Settlement conference held in chambers on 9/3/2008. The Court concludes this case can not be settled at this time. However, the parties should continue to exhaust all settlement possibilities while proceeding with discovery. All discovery to be completed on or before 3/2/2009. The Court will hold a status hearing in open court on 10/28/2008 at 9:45 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.